46 A.3d 709

**Eugene A. STANLEY, Petitioner**

v.

**COURT OF COMMON PLEAS 1ST JUD. DIST., Respondent.**

**No. 36 EM 2012.**

Supreme Court of Pennsylvania.

June 14, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 14th day of June, 2012, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **GRANTED.** The Court of Common Pleas of Philadelphia County is directed to dispose of Petitioner's pending filing within 120 days of this order.